UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| HASSAN WILLIAMS, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:15-cv-06066 |
| | : | |
| MARK GARMAN; | : | |
| THE DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA; and | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this 4th day of March, 2019, for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Petitioner's objections, ECF No. 45, to the Report and Recommendation are **OVERRULED and DENIED**;
2. The Report and Recommendation, ECF No. 38, is **APPROVED and ADOPTED**;
3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**;
4. Petitioner's requests for discovery and an evidentiary hearing are **DENIED**;
5. This case is **CLOSED**; and
6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

030419